IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR MANUEL CORREA,

      Plaintiff,                      No. CIV S-06-2779 MCE EFB P

      vs.

JOHN McGUINESS, et al.,

      Defendants.              ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request, which must be completed by plaintiff's institution of incarceration, has not been filled out.  Further, plaintiff has not filed a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint.  *See* 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a completed *in forma pauperis* application and a certified copy in support of his application.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's December 8, 2006, application to proceed *in forma pauperis* is denied without prejudice to submit a completed application;

1       2.  Plaintiff shall submit, within thirty days from the date of this order, a completed
2  affidavit in support of his request to proceed *in forma pauperis* on the form provided by the
3  Clerk of Court;
4       3.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed *In*
5  *Forma Pauperis* By a Prisoner; and
6       4.  Plaintiff shall submit, within thirty days from the date of this order, a certified copy of
7  his prison trust account statement for the six month period immediately preceding the filing of
8  the complaint.  Plaintiff's failure to comply with this order will result in a recommendation that
9  this action be dismissed without prejudice.
10 DATED:  January 12, 2007.

                                    /s/ Edmund F. Brennan
                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE