1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR MANUEL CORREA,

      Plaintiff,                     No. CIV S-06-2779 MCE EFB P

      vs.

JOHN McGUINESS, et al.,

      Defendants.              FINDINGS AND RECOMMENDATIONS

_____/

     Plaintiff is a state prisoner without counsel and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed May 24, 2007, the court screened plaintiff's complaint, found that it did not state a cognizable claim against defendants McGuiness and Scully, and advised plaintiff that he could either proceed with this action solely against defendants Walker and Deadman or file an amended complaint in an attempt to state a claim against defendants McGuiness and Scully. On June 8, 2007, plaintiff submitted the documents necessary for service against defendants Walker and Deadman. The court construes plaintiff's election to proceed solely against defendants Walker and Deadman as consent to dismissal of all claims against defendants McGuiness and Scully.

     Accordingly, it is hereby recommended that defendants McGuiness and Scully be dismissed from this action without prejudice.

1

1  These findings and recommendations are submitted to the United States District Judge
2  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
3  after being served with these findings and recommendations, any party may file written
4  objections with the court and serve a copy on all parties.  Such a document should be captioned
5  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
6  within the specified time may waive the right to appeal the District Court's order. *Turner v.*
7  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
8  Dated: December 3, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE