IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL CORREA, | No. 2:06-cv-02779-MCE-EFB  P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| JOHN McGUINESS, et al, | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On December 4, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has filed objections to the findings and recommendations.[1]

---

[1] On December 7, 2007, plaintiff submitted a letter to the court stating that defendants Walker and Deadman should have responded to the allegations within the deadlines provided for in Fed. R. Civ. P. 12(A)(1).  Service as to these defendants was returned executed on August 9, 2007.  It appears that those defendants have failed to timely respond to the complaint.

1

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1. The findings and recommendations filed December 4, 2007, are adopted in full;

2. Defendants McGuiness and Scully are dismissed from this action without prejudice;

3. Defendants are directed to show cause within 10 days of the date this order is served why default should not be entered as to defendants Walker and Deadman.  The Clerk of the Court is directed to serve a copy of the complaint with any and all attachments on Michael Patrick Farrell, Senior Assistant Attorney General for the State of California.

Dated:  January 30, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

1   The Court construes this as a request for an order to show cause re: default as to defendants Deadman & Walker and directs the Clerk to serve a copy on Supervising Deputy Attorney General at the California Department of Justice, Office of the Attorney General.

2