IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR MANUEL CORREA,

    Plaintiff,                          No. CIV S-06-2779 MCE EFB P

    vs.

JOHN MCGUINESS, et al.,

    Defendants.                      ORDER

       Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On January 31, 2008, defendants Deadman and Walker were ordered to show cause why their default should not be entered for failure to file an answer or otherwise respond to plaintiff's complaint. Thereafter, on February 8, 2008, defendants filed their answer together with a response to the order to show cause.

       Good cause appearing, it is hereby ORDERED that the January 31, 2008, order to show cause is discharged.

DATED: May 29, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE