IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR MANUEL CORREA,

    Plaintiff,                       No. CIV S-06-2779 MCE EFB P

    vs.

JOHN McGUINESS, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        On November 17, 2008, findings and recommendations were issued recommending that this action be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because plaintiff failed to file an opposition or statement of no opposition to defendants Deadman and Walker's motion for summary judgment. On January 27, 2009, the assigned district judge adopted that recommendation and dismissed this action. Judgment was entered accordingly. Since then, plaintiff has filed several requests inquiring into the status of this action and seeking clarification as to why it was dismissed. As previously stated, this action was dismissed pursuant to Rule 41(b).

        The court notes that it will issue no response to future filings by plaintiff in this action not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.

        So ordered.

Dated: August 4, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE